# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> CASSANDRA WASHINGTON, <br><br> Defendant. | CR 16-24-GF-BMM <br><br><br><br> AMENDED ORDER |

Upon petition of Ryan G. Weldon, Assistant United States Attorney for the District of Montana, and good cause appearing,

IT IS HEREBY ORDERED that the Clerk of this Court issue a Writ of Habeas Corpus (for prosecution) directing the Department of Corrections, the Valley County Sheriff's Office, and the United States Marshal for the District of Montana to produce the defendant before the Court at the Magistrate Judge's Courtroom in Great Falls, Montana, at 10:00 a.m. on **Thursday, October 11, 2018** and the defendant is to remain in federal custody until the conclusion of this case. The defendant shall then be returned to the custody of the Department of Corrections and the Valley County Sheriff's Office.

1

DATED this 1st day of October, 2018.

_____
John Johnston
United States Magistrate Judge